**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

RUSSELL SIMON, TRUSTEE

                                                                                                **CASE NO** 07-30448

vs                                                                                             **CHAPTER:** 13

DORA ORASCO

                                                                                          **DATE**: June 10, 2010
                                                                                          **PLACE**: East St Louis

---

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Pro Se                                     Appears

**COUNSEL FOR DEFENDANT**: Steven Stanton                     Appears

**PROCEEDINGS**: Objection to Amended Motion to Reinstate Case

MINUTES OF COURT:

Case is called for hearing on the Trustee's Objection to the debtor's Amended Motion to Reinstate Case. The Objection is Withdrawn with the caveat that the debtor must be completely current with plan payments by June 30, 2010, and the debtor is placed under 12 months strict compliance, with 8-day grace period. The Amended Motion is Granted and this case is reinstated. Failure by the debtor to become completely current by June 30, 2010, will result in the dismissal of this case without further hearing or notice.

                                                       Donna Beyersdorfer
                                                Clerk of Bankruptcy Court

                                                       /s/Krista Doiron
                                      By:
                                                         Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**