# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Dora E. Orasco

Debtor(s)

In Proceedings
Under Chapter 13

BK 07−30448−lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−3654

## ORDER

On motion of the Trustee filed on 7/1/2010; the trustee representing, and it appearing that:

☐ the debtor(s) is/are in material default in payments required by the Plan and has/have failed to propose a cure for the plan payment arrearage as required by this Court's General Order 07−8;

☒ the debtor(s) is/are in material default in payments required by the Plan and has/have failed to comply with the Order entered 06/10/2010;

☐ the debtor(s) has/have failed to submit document(s) to the Trustee pursuant to the Order entered ;

☐ the debtor(s) has/have failed to timely file the Chapter 13 Plan Modification to Address Change in On−Going Mortgage Payments as required by this Court's General Order 08−3;

**IT IS ORDERED** that this case is **DISMISSED.**

ENTERED: July 7, 2010

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE